# United States Bankruptcy Court
### Southern District of Ohio

In re   **Thomas J. Egelhoff**                                   Case No.
                                    Debtor(s)                    Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **June 26, 2015**                    **/s/ Thomas J. Egelhoff**
                                             **Thomas J. Egelhoff**
                                             Signature of Debtor